# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SIRAJ A. ALI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2508 |
| | § | |
| LA MARQUE I.S.D. EDUCATION | § | |
| FOUNDATION, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice. The claims against the Kroger Company are dismissed with prejudice. The federal-law claims against Mon L. White are dismissed with prejudice. The state-law claims against White are dismissed without prejudice to Plaintiff Siraj A. Ali's ability to pursue them in state court. The claims against the other defendants have been previously terminated.

SIGNED on November 27, 2007, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge